[No. 4710-5-III. Division Three. December 13, 1983.]

HARRY G. BERRYMAN, *Respondent,* v. MORRISON
BROTHERS SEED COMPANY, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-03564-3, Willard A. Zellmer, J., entered July 21, 1981. *Reversed* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5283-4-III. Division Three. December 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDMOND
YADAO REYES, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82-1-00050-1, Richard G. Patrick, J., entered June 18, 1982. *Affirmed* by unpublished opinion per Hettinger, J. Pro Tem., concurred in by Munson, C.J., and Green, J.

[No. 11145-1-I. Division One. December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KIM
BREIVIK, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80-1-00171-1, Marshall Forrest, J., entered November 25, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 13015-3-I. Division One. December 14, 1983.]

*In the Matter of the Personal Restraint of*
LLOYD HOWARD MCNALLIE, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.